UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

MELISSA & DOUG, LLC,                                :

                    Plaintiff,         :   Case No. 22-cv-6314

      -against-                                 :

                                     **NOTICE OF APPEARANCE**

SCHOLASTIC CORPORATION,              :
MAKE BELIEVE IDEAS, LTD., and
KLUTZ CORPORATION,                         :

                   Defendants.   :

---------------------------------------------------------------------- x

To the Clerk of this Court and all parties of record:

Please enter my appearance on behalf of Plaintiff Melissa & Doug, LLC, in the above-captioned action. I certify that I am admitted to practice in this Court.

Dated: New York, New York
         July 25, 2022

                                                  By  */s/ Janet Kljyan*
                                                        Janet Kljyan, Esq.
                                                        Robinson & Cole LLP
                                                        666 Third Avenue, 20th Floor
                                                        New York, New York  10017
                                                        Phone:  (212) 451-2900
                                                        Fax:  (212) 451-2999
                                                        E-mail:  jkljyan@rc.com

                                                        *Attorneys for Plaintiff*
                                                        *Melissa & Doug, LLC*