```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MELISSA & DOUG, LLC,

                                   Plaintiff,

              -against-

SCHOLASTIC CORPORATION, et al.,

                                   Defendants.
-----------------------------------------------------------------X
```

**ORDER SCHEDULING TELEPHONE CONFERENCE**

22-CV-6314 (JHR)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 21). A telephone conference will be held on **Monday, March 27, 2023 at 4:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: March 5, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge